UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------x

UNITED STATES OF AMERICA

    -against-

VINCENT HERBERT,

              Defendant.
-----------------------------------------------x

**ORDER**

20 Cr.453 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The Federal Defender's Office attorney assigned to this case __**Jason Ser**__ is hereby ordered
                                                              Attorney's Name

substituted and the representation of the defendant in the above captioned matter is assigned to

C.J.A. attorney **Howard Tanner**.
                Attorney's Name

SO ORDERED.

NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated:   White Plains, New York
          October 21, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2020