**MEMO ENDORSED**

**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

NEW YORK CITY OFFICE
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

WHITE PLAINS OFFICE
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

March 10, 2021

Honorable Nelson S. Roman
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

BY ECF AND EMAIL/PDF

Re:   **United States v. Vincent Herbert**
      **20 Cr. 453 (NSR)**

Dear Judge Roman:

I am assigned to represent the above defendant who is scheduled to be sentenced on Wednesday, March 31, 2021 at 11:00 am. I write to request an adjournment of sentence as I am awaiting an examination and expert report as well as other documents in mitigation of sentence.

I therefore respectfully request that sentence be adjourned for eight weeks to allow sufficient time for me to obtain these materials and prepare my sentencing submission. The Government has no objection to this application.

As always, thank you Your Honor, for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

*/s/ Howard E. Tanner*
Howard E. Tanner

cc:   AUSA Nicholas Bradley (By ECF and Email/PDF)

---

Deft's request to adjourn the Sentencing from Mar. 31, 2021 until June 4, 2021 at 11:00 am or, alternatively, June 4, 2021 at 1:00 pm is granted without objection by the Gov't. Clerk of Court requested to terminate the motion (doc. 38).
Dated: March 11, 2021

**SO ORDERED:**

*/s/ Nelson S. Roman*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2021