**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

**MEMO ENDORSED**

August 23, 2021

Honorable Nelson S. Roman
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

BY ECF AND EMAIL/PDF

> Deft's request to adjourn the in-person Sentencing from Sept. 8, 2021 or, alternatively, Sept. 9, 2021 until Oct. 20, 2021 at 2:00 pm or, alternatively, Oct. 21, 2021 at 2:00 pm is granted without objection by the Gov't. Clerk of Court requested to terminate the motion (doc. 44) **SO ORDERED:**
> Dated: August 25, 2021
>
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

Re: **United States v. Vincent Herbert, 20 Cr. 453 (NSR)**
**Second Letter Motion for Adjournment of Sentence**

Dear Judge Roman:

I am assigned to represent the above defendant who is scheduled to be sentenced on September 8, 2021 at 2:00 pm. I write to request an adjournment of sentence as I am still awaiting a forensic examination and expert report as well as other documents in mitigation of sentence, which were unavoidably delayed for logistical and other reasons.

I therefore respectfully request that sentence be adjourned for six weeks to allow sufficient time for me to obtain these materials and prepare my sentencing submission. The Government has no objection to this application.

As always, thank you Your Honor, for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc: AUSA Nicholas Bradley (By ECF and Email/PDF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/2021