**MEMO ENDORSED**

# TANNER & ORTEGA, L.L.P.
### ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

October 1, 2021

Honorable Nelson S. Roman
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

BY ECF AND EMAIL/PDF

Deft's request to adjourn the in-person Sentencing from Oct. 20, 2021 until Dec. 1, 2021 at 1:45 pm with an alternate date of Dec. 2, 2021 at 1:45 pm is GRANTED without objection by of the Gov't. Clerk of Court requested to terminate the motion (doc. 46).
SO ORDERED:
Dated: Oct. 1, 2021

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re:   **United States v. Vincent Herbert, 20 Cr. 453 (NSR)**
**Third Letter Motion for Adjournment of Sentence**

Dear Judge Roman:

I am assigned to represent the above defendant who is scheduled to be sentenced on October 20, 2021 at 2:00 pm. I write to request an adjournment of sentence as I very recently received a forensic psychiatric report in mitigation of sentence that I need to review with the defendant. I am also waiting for other documents in support which I expect to receive within the next few weeks.

I therefore respectfully request that sentence be adjourned for 4-6 weeks to allow sufficient time for me to consult with my client, obtain the outstanding documents and prepare my sentencing submission. The Government has no objection to this application.

Thank you, Your Honor, for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/2021

cc:   AUSA Nicholas Bradley (By ECF and Email/PDF)